**No. 11A485. Reginald Brooks, Applicant v. David Bobby, Warden.**

565 U.S. 1047, 132 S. Ct. 608, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8290.

November 15, 2011. Application for stay of execution of sentence of death, presented to Justice Kagan, and by her referred to the Court, denied.

**No. 11-7307 (11A471). Oba Chandler, Petitioner v. Florida.**

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8288.

November 15, 2011. Application for stay of execution of sentence of death,

presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 75 So. 3d 267.